UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERENA FINE ENGLISH and MICHAEL WELLS ENGLISH;

*Plaintiffs,*

-against-

CITIGROUP, INC;   CITIBANK, N.A.; and JOHN DOES 1-25,

*Defendants*

Civil Action No.:  1:25-cv-08937-AKH

(proposed) ORDER

SO ORDERED.

X _____
U.S.D.J.    3/12/2026

WHEREAS, on October 29, 2025, Plaintiffs Serena Fine English and Michael Wells English (collectively, "Plaintiffs") commenced this matter, via Complaint, alleging that Defendants, CITIGROUP, INC ("Citigroup"); CITIBANK, N.A. ("Citibank"); and JOHN DOES 1-25 ("John Does") (collectively, "Defendants") violated the Electronic Fund Transfers Act, 15 U.S.C. § 1693 *et seq.* ("EFTA") [ECF No. 1];

WHEREAS, on December 22, 2025, Defendants filed their Answer and Defenses denying the allegations in the Complaint [ECF No. 12];

WHEREAS, on February 20, 2026, this Court held a conference [ECF No. 15], pursuant to Fed. R. Civ. P. 16, requesting that Plaintiff dismiss the co-Defendant, JOHN DOES from the Complaint;

IT IS, on this ___12___ day of ___MARCH___, 2026;

ORDERED that the co-Defendant, JOHN DOES, are dismissed, *without prejudice,* pursuant to Fed. R. Civ. P. 41(a)(2);

ORDERED that the caption be amended to read as follows:

SERENA FINE ENGLISH and MICHAEL WELLS ENGLISH;

     *Plaintiffs,*

     -against-

CITIGROUP, INC; and CITIBANK, N.A.;

     *Defendants.*

Civil Action No.: 1:25-cv-08937-AKH

ORDERED.

_____
           U.S.D.J.