UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                :

ENGLISH ET AL,                    :

                                :   **ORDER**

                Plaintiff,     :

    v.                              :   25 Civ. 8937 (AKH)

                                  :

CITIGROUP, INC. ET AL,       :

                                  :

              Defendants.   :

                                  :

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A suggestion of settlement having been made, this case is dismissed.  If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period.

      All pending court dates are cancelled.  The Clerk is directed to terminate any open motions and close the case.

      SO ORDERED.

Dated:      March 20, 2026
              New York, New York                  ALVIN K. HELLERSTEIN
                                             United States District Judge